

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-15-00321-CV

IN RE KEVIN ALAIMO                                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 15-04164-158

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

The stay imposed in this court's October 16, 2015 order is lifted and no longer in effect.

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and SUDDERTH, JJ.

DELIVERED: November 12, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).